IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KRISTY SANCHEZ-YOUNG, Individually As the surviving spouse, and as the Representative of The Estate of CHRISTOPHER LADALE YOUNG and LAURA ANN HOWARD and CLAYTON HOWARD, as surviving parents<br><br>*Plaintiffs,*<br><br>v.<br><br>REYSON TRUCKING LLC and REYNALDO RAFAEL APARICIO<br><br>*Defendants.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:21-cv-178 |

**EXHIBIT A:
INDEX OF DOCUMENTS BEING FILED WITH THE NOTICE OF REMOVAL**

| **Exhibit** | **Document Title** |
|---|---|
| A | Index of Documents |
| B | Docket Sheet |
| C | Plaintiffs' Original Petition |
| D | Citations |
| E | Citation Returned Service |
| F | List of Counsel of Record |